**United States District Court**
**For The District Of Rhode Island**

| | | |
|---|---|---|
| **Anthony Joseph Veno** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

## ENTRY OF APPEARANCE

Now come Rebecca Tedford Partington, Assistant Attorney General; Michael W. Field, Special Assistant Attorney General; and John Igliozzi, Senior Legal Counsel for the Rhode Island Department of Transportation, and hereby enter their appearance as counsel on behalf of Defendant, James R. Capaldi, individually and in his official capacity as Director, State of Rhode Island Department of Transportation.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

Rebecca Tedford Partington

Rebecca Tedford Partington (#3890)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303

Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
Tel.: (401) 274-4400 ext. 2380
Fax: (401) 222-2995

John Igliozzi (#4508)
Senior Legal Counsel
RI Department of Transportation
Two Capitol Hill
Providence, RI 02908
Tel.: (401) 222-6510
Fax: (401) 222-4226

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Entry of Appearance was mailed, postage prepaid, on this 8th day of December, 2005 to:

John W. Dineen, Esq.
121 South Main Street
Providence, RI 02903