FAX 331-9267

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,**<br>**d/b/a SPECIALTY PROMOTIONS,**<br>**Plaintiff** | } | |
| **v.** | } | **C.A. NO. 05-485 S** |
| **JAMES R. CAPALDI,**<br>**individually and in his official capacity as Director, State of Rhode Island Department of Transportation**<br>**Defendant** | } | |

**<u>PLAINTIFF'S MOTION TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS</u>**

Plaintiff moves for an extension of time through February 21, 2006, within which to respond to the defendant's motion to dismiss, received on January 21, 2006. Defendant has raised the question of whether the federal government is an indispensable party. In order to properly resolve the issue, a detailed analysis is needed, not only of the federal-state funding arrangements regarding highways, but also the rules and caselaw regarding indispensable parties.

**Wherefore**, plaintiff requests an extension through February 21, 2006, within which to respond to defendant's motion. Defendant's counsel has no objection to this request.

Respectfully submitted,
Plaintiff
Anthony Joseph Vono
By his Attorney:

John W. Dineen, Esq. #2346
Cooperating Attorney
R.I. Affiliate, American
Civil Liberties Union
121 South Main Street
Providence, RI 02903
Tel. (401)331-3550
Fax (401)331-9267

**CERTIFICATION**

I hereby certify that on the 26 day of January, 2006, I mailed a copy of the within to: **Rebecca T. Partington, Department of the Attorney General, 150 South Main Street, Providence, RI 02903; John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908,** and to: **Michael W. Field, Esq., Special Assistant Attorney General, 150 South Main Street, Providence, RI 02903.**

John W. Dineen