FAX 331-9267

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ANTHONY JOSEPH VONO, d/b/a SPECIALTY PROMOTIONS, Plaintiff | } | |
| v. | } | C.A. NO. 05-485 S |
| JAMES R. CAPALDI, individually and in his official capacity as Director, State of Rhode Island Department of Transportation Defendant | } | |

**PLAINTIFF'S MOTION TO EXTEND TIME FOR RESPONSE TO MOTION TO DISMISS**

Plaintiff moves for an extension of time through February 21, 2006, within which to respond to the defendant's motion to dismiss, received on January 21, 2006. Defendant has raised the question of whether the federal government is an indispensable party. In order to properly resolve the issue, a detailed analysis is needed, not only of the federal-state funding arrangements regarding highways, but also the rules and caselaw regarding indispensable parties.

**Wherefore**, plaintiff requests an extension through February 21, 2006, within which to respond to defendant's motion. Defendant's counsel has no objection to this request.

1/30/06: GRANTED ABSENT OBJECTION, USMJ

Referred to U.S.M.J. [illegible]
☐ for findings & recommendation
☑ for determination
☐ 
William E. Smith, U.S. District Judge
Date 1/27/06