**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Veno**<br>**d/b/a Specialty Promotions,**<br>**Plaintiff** | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| **James R. Capaldi, Individually and in his official capacity as Director, State of Rhode Island Department of Transportation,**<br>**Defendant** | : | |

**MOTION TO DISMISS**

Now comes the Defendant and moves this Court for an Order dismissing the Plaintiff's Complaint. As grounds therefore, Defendant would show that Plaintiff has failed to name as a party the United States of America, a necessary and indispensable party to this action. A memorandum and exhibits in support hereof are attached.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

Rebecca Tedford Partington

Rebecca Tedford Partington (#3890)
Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303

DENIED FOR THE REASONS STATED IN OPEN COURT ON MARCH 10, 2006.

WEsm

WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE: 3/10/06