**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

**MOTION TO COMPEL**

Now comes the Defendant and moves this Court for an Order compelling Plaintiff to respond to Defendants' discovery in this matter. A Memorandum of Law in support of this motion is attached hereto.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**RULE 37 CERTIFICATION**

I hereby certify that I made a good faith attempt to confer with opposing counsel to resolve the pending discovery issue.

*/s/ Rebecca Tedford Partington*

Rebecca Tedford Partington #3890
Assistant Attorney General

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Motion to Compel was mailed, by first class mail, postage prepaid, on this 10th day of August, 2006 to:

John W. Dineen, Esq.
305 South Main Street
Providence, RI 02903

/s/ Rebecca Tedford Partington

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL

Defendants served Interrogatories and a Request for Production of Documents on Plaintiff in this matter on May 26, 2006 and therefore responses were due on June 26, 2006 . On June 20, 2006 Defendants filed a Second Request for Production of Documents and the response to that document was due on July 20, 2006. Plaintiff has failed to respond to the within discovery requests.

Wherefore, Defendants request their Motion to Compel be granted.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Memorandum was mailed, by first class mail, postage prepaid, on this 10th day of August, 2006 to:

John W. Dineen, Esq.
305 South Main Street
Providence, RI 02903

/s/ Rebecca Tedford Partington