**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Now comes the Defendant and moves this Court for an Order extending the dispositive motion deadline from **September 11, 2006** to **October 13, 2006** in the above-entitled matter. As grounds therefore, Defendant states that Plaintiff has not yet responded to any discovery requests and there are discovery motions pending before this Court.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Motion to Extend Time was sent by electronic mail on this 10th day of August, 2006 to:

John W. Dineen, Esq.
305 South Main Street
Providence, RI 02903

/s/ Rebecca Tedford Partington