FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO, d/b/a SPECIALTY PROMOTIONS, Plaintiff** | } } | |
| **v.** | } | **C.A. NO. 05-485 S** |
| **JAMES R. CAPALDI, individually and in his official capacity as Director, State of Rhode Island Department of Transportation Defendant** | } } } | |

**PLAINTIFF'S MOTION TO**
**EXTEND DATES ON PRETRIAL ORDER**

Plaintiff moves for an extension of time (of thirty-five days) on each of the current dates in the pretrial order in this case. Discovery would close September 26, dispositive motions filed by October 16, with objections due by October 23, 2006.

Plaintiff's counsel has recently relocated his law office and has been unable to complete discovery to date. Plaintiff's counsel conferred with defendant's counsel (Rebecca Partington) on August 22, and defendant does not object to this request.

**Wherefore**, plaintiff requests that the requested extension be granted.

Respectfully submitted,
Plaintiff
Anthony Joseph Vono
By his Attorney:

John W. Dineen, Esq. #2346
305 South Main Street
Providence, RI 02903
Tel. (401)223-2397
Fax (401)223-2399

**CERTIFICATION**

I hereby certify that on the 22ND day of August, 2006, I delivered a copy of the within to: **Rebecca T. Partington, Assistant Attorney General, Department of the Attorney General, 150 South Main Street, Providence, RI 02903; and mailed a copy to John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908.**

John W. Dineen