FILED
AUG 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO, d/b/a SPECIALTY PROMOTIONS, Plaintiff** | } | |
| **v.** | } | **C.A. NO. 05-485 S** |
| **JAMES R. CAPALDI, individually and in his official capacity as Director, State of Rhode Island Department of Transportation Defendant** | } | |

**PLAINTIFF'S MOTION TO EXTEND DATES ON PRETRIAL ORDER**

Plaintiff moves for an extension of time (of thirty-five days) on each of the current dates in the pretrial order in this case. Discovery would close September 26, dispositive motions filed by October 16, with objections due by October 23, 2006.

Plaintiff's counsel has recently relocated his law office and has been unable to complete discovery to date. Plaintiff's counsel conferred with defendant's counsel (Rebecca Partington) on August 22, and defendant does not object to this request.

**Wherefore,** plaintiff requests that the requested extension be granted.

**GRANTED**

William E. Smith
U.S. District Judge
8/23/06