FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,** | **}** | |
| **d/b/a SPECIALTY PROMOTIONS,** | | |
| **Plaintiff** | **}** | |
| **v.** | **}** | **C.A. NO. 05-485 S** |
| **JAMES R. CAPALDI,** | **}** | |
| **individually and in his official** | | |
| **capacity as Director, State of Rhode** | | |
| **Island Department of Transportation** | **}** | |
| **Defendant** | **}** | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRE-TRIAL SCHEDULE**

Plaintiff requests a sixty-day extension of the pre-trial schedule in this case, and all corresponding discovery and memorandum dates, for the reason that plaintiff's counsel continues under medical care and has not been able to maintain a regular schedule. Plaintiff's counsel has discussed this with Rebecca Partington, representing defendants, and she has not objected.

**Wherefore**, plaintiff requests that this Court grant the requested extension.

Plaintiff
By his Attorney:

**/s/ John W. Dineen**

John W. Dineen, Esq. #2346
305 South Main Street
Providence, RI 02903
Tel. (401)223-2397
Fax (401)223-2399

**CERTIFICATION**

I hereby certify that on the ____________ day of September, 2006, I faxed copies of the within Motion to: **Rebecca T. Partington, Assistant Attorney General, Department of the Attorney General, at Fax number 222-2995, and to John Igliozzi, Esq., R.I. Department of Transportation, at Fax number 222-4226.**

**/s/ John W. Dineen**

________________________________
John W. Dineen