**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Veno** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

**MOTION TO DISMISS** [1]

Now comes the Defendant and moves this Court for an Order dismissing the Plaintiff's Complaint. As grounds therefore, Defendant would show that the Plaintiff has failed to provide any discovery responses, and is in violation of an Order of this Court entered on August 29, 2006. A memorandum in support hereof is attached.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

[1] In the event that the Court grants the Plaintiff's Motion to Extend Deadlines, this Motion will be withdrawn.

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Motion to Dismiss to be electronically sent on this 26th day of September, 2006 to:

John W. Dineen, Esq.
jwdineen1@yahoo.com

/s/ Rebecca Tedford Partington

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Veno**<br>**d/b/a Specialty Promotions,**<br>**Plaintiff** | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| **James R. Capaldi, Individually and in his official capacity as Director, State of Rhode Island Department of Transportation,**<br>**Defendant** | : | |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

The instant Complaint was filed on November 21, 2005. In May of 2006, Defendants sent discovery to the Plaintiff. The initial discovery deadline set by the Court was August 22, 2006. Plaintiff sought, and was granted (without objection by the Defendant) an extension of the discovery deadline until September 26, 2006. On August 10, 2006, Defendant moved to compel discovery, which Motion was granted with no objection having been filed. To date, no discovery responses have been forthcoming by the Plaintiff, and the matter should be dismissed.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Memo to be electronically sent on this 26th day of September, 2006 to:

John W. Dineen, Esq.
jwdineen1@yahoo.com

/s/ Rebecca Tedford Partington