**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | **:** | |
| **d/b/a Specialty Promotions,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | |
| **VS.** | **:** | **C A. No. 05-485 S** |
| | **:** | |
| **James R. Capaldi, Individually and in** | **:** | |
| **his official capacity as Director,** | **:** | |
| **State of Rhode Island Department of** | **:** | |
| **Transportation,** | **:** | |
| **Defendant** | **:** | |

**WITHDRAWAL OF MOTION**

Now comes the Defendant, and based upon the Order granting Plaintiff's Motion to Extend Pre-Trial Schedule, hereby withdraws its Motion to Dismiss filed on September 26, 2006.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Motion to Withdraw to be electronically sent on this 3rd day of October, 2006 to:

John W. Dineen, Esq.
jwdineen1@yahoo.com

/s/ Rebecca Tedford Partington