FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,**<br>**d/b/a SPECIALTY PROMOTIONS,**<br>**Plaintiff** | }<br><br>} | |
| **v.** | } | **C.A. NO. 05-485 S** |
| **JAMES R. CAPALDI,**<br>**individually and in his official capacity as Director, State of Rhode Island Department of Transportation,**<br>**Defendant** | }<br><br>}<br>} | |

**PLAINTIFF'S OBJECTION**
**TO MOTION TO DISMISS**

Plaintiff objects to the motion to dismiss, for the reasons set forth in the accompanying memorandum.

**Wherefore**, the motion to dismiss should be denied.

Plaintiff
By his Attorney:

/s/ John W. Dineen_____

John W. Dineen, Esq. #2346
Cooperating Attorney
R.I. Affiliate, American
Civil Liberties Union
305 South Main Street
Providence, RI 02903
Tel. (401)223-2397
Fax (401)223-2399

**CERTIFICATION**

I hereby certify that on the 17th day of November, 2006, I served a copy of the within electronically on: **Rebecca T. Partington, Esq., Department of the Attorney General,** and also sent by U.S. mail on the same day to**; John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908.**

/s/ John W. Dineen_____
John W. Dineen