**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | **:** | |
| **d/b/a Specialty Promotions,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | |
| **VS.** | **:** | **C A. No. 05-485 S** |
| | **:** | |
| **James R. Capaldi, Individually and in** | **:** | |
| **his official capacity as Director,** | **:** | |
| **State of Rhode Island Department of** | **:** | |
| **Transportation,** | **:** | |
| **Defendant** | **:** | |

**MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**

Now comes the Defendant and moves this Court for an Order extending the dispositive motion deadline to **January 17, 2007** in the above-entitled matter. As grounds therefore, Defendant has just received Plaintiff's written discovery responses (propounded in May, 2006). Two depositions have been noticed for December and at that point discovery will be complete.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Motion to be electronically sent on this 28th day of November, 2006 to:

John W. Dineen, Esq.
jwdineen1@yahoo.com

*/s/ Rebecca Tedford Partington*