**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

**SECOND NOTICE TO TAKE DEPOSITION**

Defendant hereby gives notice that he will take the Deposition of Stephen Haun, Haun Enterprises, LLC**,** at the Office of the Department of Attorney General, 150 South Main Street, Providence, Rhode Island 02903. The Deposition will commence at **9:30 a.m.** on **December 12, 2006**, and may be continued to a lawfully adjourned date, or from day to day until the Deposition is completed.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Notice to take Deposition to be electronically sent on this 28th day of November, 2006 to:

John W. Dineen, Esq.
jwdineen1@yahoo.com

*/s/ Rebecca Tedford Partington*