**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono d/b/a Specialty Promotions, Plaintiff** | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| **James R. Capaldi, Individually and in his official capacity as Director, State of Rhode Island Department of Transportation, Defendant** | : | |

**JOINT MOTION TO EXTEND TIME FOR FILING AGREED STATEMENT OF FACTS**

Now comes the Plaintiff, Anthony Joseph Vono, d/b/a Specialty Promotions, and the Defendant, James R. Capaldi, individually and in his official capacity as Director of the State of Rhode Island Department of Transportation, and jointly move this Court to extend the time for filing agreed statement of facts from June 22, 2007, to July 2, 2007. All other deadlines would remain constant with this Court's prior Order.

Wherefore, the parties jointly pray that this Motion to Extend the Time for Filing Agreed Statement of Facts until July 2, 2007, be granted.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General

Respectfully submitted,

ANTHONY JOSEPH VONO, d/b/a
SPECIALTY PROMOTIONS

By his attorney,

*/s/ John W. Dineen*

John W. Dineen, Esq. (#2346)
Cooperating Attorney
R.I. ACLU
305 South Main Street

150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2380
rpartington@riag.ri.gov
mfield@riag.ri.gov

Providence, Rhode Island 02903
(401) 223-2397 (tele)
(401) 223-2399 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the within Motion was e-mailed, on this 21th day of June, 2007 to:

jwdineen1@yahoo.com

/s/ Michael W. Field