**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

**JOINT MOTION TO EXTEND TIME FOR FILING AGREED STATEMENT OF FACTS and BRIEFING SCHEDULE**

Now comes the Plaintiff, Anthony Joseph Vono, d/b/a Specialty Promotions, and the Defendant, James R. Capaldi, individually and in his official capacity as Director of the State of Rhode Island Department of Transportation, and jointly represent that the parties have made substantial progress toward completion of a joint statement of facts and stipulation of documents, but still find that additional time is needed to complete the process. The parties request that the time to file agreed statement of facts be extended from July 2, 2007 to July 13, 2007; the time to file memorandum be extended from July 6, 2007 to August 3, 2007; and the time to file reply memorandum be extended from July 31, 2007 to August 24, 2007.

Wherefore, the parties jointly pray that this Motion to Extend the Time for Filing be granted.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Michael W. Field*

_____________________________
Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2380
rpartington@riag.ri.gov
mfield@riag.ri.gov

Respectfully submitted,

ANTHONY JOSEPH VONO, d/b/a
SPECIALTY PROMOTIONS

By his attorney,

*/s/ John W. Dineen*

_____________________________
John W. Dineen, Esq. (#2346)
Cooperating Attorney
R.I. ACLU
305 South Main Street
Providence, Rhode Island 02903
(401) 223-2397 (tele)
(401) 223-2399 (fax)

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within Motion was e-mailed, on this 2nd day of July, 2007 to:

**John W. Dineen, Esq.**
jwdineen1@yahoo.com

/s/ Michael W. Field
_____________________________________