**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | **:** | |
| **d/b/a Specialty Promotions,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | |
| **VS.** | **:** | **C A. No. 05-485 S** |
| | **:** | |
| **Jerome Williams, Individually and in** | **:** | |
| **his official capacity as Director,** | **:** | |
| **State of Rhode Island Department of** | **:** | |
| **Transportation,** | **:** | |
| **Defendant** | **:** | |

**DEFENDANT'S STATEMENT OF FACTS**

1. Plaintiff, Anthony Joseph Vono ("Vono") leases office and roof space at 101 Poe St., Providence, RI, from Stephen Haun ("Haun"). Vono has leased the space since 2001. The office space is approximately 80 square feet. He uses the office space mostly for storage, and visits the location probably 3 times a month for approximately an hour or two. Vono considers the location an office and storage area.
2. Sometime in 2000, Vono and Haun executed one "Lease and Service Agreement" (Exhibit A). Vono came to the property at 101 Poe St. when he saw the opportunity to place his sign there. He approached Haun about advertising on the premises. Previously, his sign was located at 1582 Warwick Ave. In 2002, Vono removed an existing sign on the roof in order to place his sign there.
3. Vono is in the advertising business, having several business entities, including "Specialty Promotions", a sole proprietorship. That business placed advertisements on the sign at 101 Poe St., and arranges to have specialty items (such as pens, T-shirts, caps, etc.) printed by outside vendors. "Media Event" is also a sole proprietorship run by Vono. Both businesses rent the sign to advertisers, and share a bank account.
4. Since 2002, a variety of advertisers have rented the sign, including:
    a. The Providence Tourism Council (march 5, 2003) for $2,245.64;
    b. Rhode Island Treasures (June 4, 2003) for $3,792.00;
    c. Foster Parents (November 6, 2003) for $254.70;
    d. Blockbuster Video (July 9, 2004) for $2,700;
    e. Trinity Repertory Co. (July 18, 2004) for $2,150.00;
    f. Conventures (July 19, 2004) for $2,270.00;
    g. Strategic Point (August 23, 2004) for $16,200.00;
    h. Renaissance Restaurant & Catering (October 19, 2004) for $2,090.00;
    i. Strategic Point (February 15, 2005) for $2,700.00;
    j. Strategic Point (May 15, 2005) for $2,700;

k. Casey Family Services (June 1, 2005) for $1,800.00;
l. Casey Family Services (December 30, 2005) for $2,700.00;
m. The Cabinet Works, Inc. (February 1, 2006) for
n. The Cabinet Works, Inc. (March 3, 2006) for $1,900.00;
o. Casey Family Services (May 8, 2006) for $1,500;
p. Casey Family Services (June 6, 2006) for $1,500;
q. Tower Construction (June-August 2006) for $4,850.00;
r. AA Insulation (September 7, 2006) for $1,699.92;
s. Julie Finn (Stenhouse campaign) (October 1, 2006) for $1075.00;
t. The Federal Hill commerce Ass'n (December, 2006) for $2,950.00

(*See* Invoices, attached as Exhibits B and C).

5. All invoices direct that payment be remitted to Haun Properties.

6. Per federal and state law, Rhode Island Department of Transportation is the designated state agency empowered to regulate outdoor advertising signs that are located within 660 feet of the highway system. Also, per federal and state law, Rhode Island Department of Transportation is the only state agency that is empowered to issue permits for an outdoor advertising sign that are located within 660 feet of the highway system. Vono or the owner of the property (signs) have never received or applied for an outdoor advertising billboard permit from the Rhode Island Department of Transportation.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Motion to be electronically sent on this 13th day of July, 2007:

John W. Dineen, Esq.
jwdineen1@yahoo.com

*/s/ Rebecca Tedford Partington*