# LEASE AND SERVICE AGREEMENT

AGREEMENT made and entered into this __ day of ________, 2000 by and between Anthony J. Vono of 115 Parkhurst Road, Warwick, Rhode Island, 02889 ("Vono"), and Stephen T. Haun of 231 Algonquin Drive Warwick, Rhode Island, 02888, ("Haun").

## WITNESSETH

WHEREAS Vono is engaged in a business supported by designing, producing and marketing incentive coupon programs, (the "Business")

WHEREAS Haun agrees to lease to Vono an electronic variable message sign, not to exceed the maxium size permitted by zoning, (the "Sign"), to be installed on the southwest exterior roof portion of the Building (Plat 47, Lot 806), located at 101 Poe Street, Providence, Rhode Island 02905, (the "Building"), which Building is owned by Haun.

WHEREAS, Vono and Haun wish to set forth the following terms

NOW THEREFORE the parties agree as follows:

1

Vono shall install, or cause to be installed, the Sign on the southwest exterior roof portion of the Building, at his sole cost and expense; and all work shall be done in a good and workmanlike manner and shall comply with the terms of any applicable zoning and building codes for the state of Rhode Island.

2

Haun extends to Vono the unlimited use and grandfathered rights of the Building for the purpose only of installing the sign under this agreement for the term of this agreement, and Vono agrees to maintain the Sign for and on behalf of Haun, at no charge, and Haun shall permit Vono access to the roof of the Building as is necessary to accomplish such service, repair and maintenance of the Sign.

DEFENDANT'S EXHIBIT A

3.

Haun agrees to lease to Vono, for consideration, paid herein office space within unit D of the Building in the northeast corner, from which Vono may operate the Business

4.

Vono agrees not to accept market or display incentive programs which may be in competition with any business located within the Building, now or at any time during the term of this Lease. Vono agrees to advertise responsibly and Haun reserves the right to prohibit signage he believes is objectionable in his discretion.

5.

Vono agrees to pay the cost of electricity used by the Sign, including electricity used by the Providence Welding roof sign presently facing north

6.

Vono agrees to pay Haun one third of any gross sales, if any, the Business may generate at the location defined in this Agreement, and Vono further agrees to keep Haun fully informed of all business transactions

7.

The commencement date for this Agreement shall be the date upon which the Agreement is signed, and the term for the Agreement shall be ongoing monthly. Further, this Agreement may be amended at any time, provided that such amendments or changes are in writing and agreed to by both Vono and Haun.

8.

Vono or Haun may terminate this Agreement at any time upon 30 days notice, and Vono shall remove his office equipment and the Sign, or cause the Sign to be removed, from the Building at his sole cost and expense, and vacate said business office space outlined in paragraph 3. Vono shall restore the Building to its condition before the Sign was installed, reasonable wear and and tear excepted.

9.

Except to the extent Haun's insurance covers the foregoing, Vono agrees to indemnify and hold Haun harmless for any and all claims for damages, of any nature, arising from his use of the Building for office space and/or signage, including but not limited to personal ingury, property damage and/or zoning or building code violations. Vono shall be responsible for any legal fees and expenses Haun shall incur as a result of all claims or actions aforesaid.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement on the day and date first above written.

By: ______________________ ______________________
Steven T. Haun Anthony Joseph Vono
Stephen T. Haun

______________________
Notary Public

CITY OF PROVIDENCE
DEPARTMENT OF INSPECTION AND STANDARDS No. 111

11-27 2001

# PERMIT

This Certifies That Stephen & Martha Haun

As the owner, or duly authorized agent, is hereby granted permission to Install (1) Roof Sign (Change of Contractor) 19' x 8'5"

Located at: 101 POE ST

Plat 47, Lot No. 807

Said installation to be in accordance with an application on file in this office, and subject further to all the provisions of the Rhode Island State Building Code.

RAMZI J. LOQA, P.E
Director
Department of Inspection and Standards