**Media Event, Inc.**
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

Kathleen Chrisom
Conventures
One Design Center Place
Boston, MA. 02210

March 5, 2003

# INVOICE

**Media Event** agrees to Install one billboard vinyl sign face for the **Providence Tourism Council**, 'Providence Cooks', on the roof of the Providence Welding Building, located adjacent route 95 North, between poles 15 &16. The Providence Cooks sign will be displayed from March 1, 2003, thru March 30, 2003.

Costs:

| | |
|---|---|
| Vinyl Sign Face: | $445.64 |
| Sign Rate (30 days) | $1800.00 |
| | --------- |
| Total Due: | $2245.64 |

Please make check payable to: **HAUN PROPERTIES, LLC., Accounts Payable, 185 Sherburne Street, Providence, Rhode Island, 02905.** Thank You.

Sincerely,
MEDIA EVENT

A. Joseph Vono

DEFENDANT'S EXHIBIT
B

1

**Media Event, Inc.**
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

George Donnelly
Executive Director
Providence Tourism Council
55 Dorrance Sreet
Providence, RI. 02903

June 4, 2003

**INVOICE**

Re: Rhode Island Treasures Billboard; Rt 95, Providence, RI.
April 14, 2003 thru June 10, 2003.

No. of showing days: 57.

Cost per Showing day: $60.00

50 day showing cost: $3,420.00.

Printed vinyl cost: $310.00.

UPS shipping cost: $62.00.

---

Total Due: **$3,792.00**

Please make check payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**
Thank You.

Sincerely,
MEDIA EVENT

A. Joseph Vono

**Media Event, Inc.**
***Joseph Vono***
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

November 6, 2003

Family Service of Rhode Island
134 Thurbers Avenue
Providence. Rhode Island 02905

## INVOICE

Re: Foster Parent Billboard; Rt 95, Providence, RI.

Showing cost: $1,800.00 (No Charge)

Printed vinyl & Shipping Cost: $254.70

---

Total Due: **$254.70**

Please make check payable to: **HAUN PROPERTIES, LLC.,**
**185 Sherburne Street, Providence, Rhode Island, 02905.**
Thank You!

Sincerely,
MEDIA EVENT

A. Joseph Vono

**Media Event, Inc.**
***Joseph Vono***
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

July 9, 2004

George Hayek
Video Management Group
200 Metro Center Blvd.
Suite 9
Warwick, Rhode Island 02886

# INVOICE

Re: Blockbuster Billboard; Rt 95N, Providence, RI.

Display dates: July 1, 2004 Thru July 30, 2004 (30 days).

Cost: $2700.00

---

Total Due: **$2700.00**

Please make check payable to: **HAUN PROPERTIES, LLC.,**
**185 Sherburne Street, Providence, Rhode Island, 02905.**
Thank You!

Sincerely,
MEDIA EVENT

A. Joseph Vono

4

**Media Event, Inc.**
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

Date: July 18, 2004

Marguerite Convery
Trinity Repertory Co.
201 Washington Street
Providence, RI. 02903

**I N V O I C E / Deposit Agreement**

Sign display dates: **From August 1, 2004, To August 30, 2004.**

30 Day Advertising Cost: **$1800.00**

Printed vinyl cost: **$ 350.00**

**Total: $2150.00.**

A 50% non-refundable deposit of **$1075.00** is required upon receipt of this invoice, to insure both availability of display dates mentioned herein and vinyl printing costs. The remaining balance of **$1075.00** is due on or before August 30, 2004.

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

5

**Media Event, Inc.**
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

Date: July 19, 2004

Victoria Breglio
Account Manager
Conventures
1 Design Center Place
Boston, MA. 02210

**INVOICE** Deposit Agreement
RE: **PROVIDENCE COOKS**

Sign display dates: **From October 21, Thru November 21, 2004.**

32 Day Advertising Cost: **$1,920.00** ($60.00 Per Day)

Printed vinyl cost: **$350.00**

**Total: $2,270.00.**

A 50% non-refundable deposit of **$1,135.00** is required upon receipt of this invoice, to insure both availability of display dates mentioned herein and to pay for vinyl printing costs. The remaining balance of **$1,135.00** is due on or before November 21, 2004.

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

6

**Media Event, Inc.**
115 Parkhurst Road, Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

Ken Cavanagh
Strategic Point
220 W. Exchange Stree
Suite 300
Providence, RI. 0290

Date: August 23, 2004

<u>I N V O I C E / Deposit Agreement</u>

*Sign display dates*: **January, February, April, May, August, September, of 2005.**

*30 Day Monthly Advertising Cost:* **$2,700.00 per month.**

*Printed vinyl cost*: **No Charge**

***<u>Total for six advertising months: $16,200.00</u>***

A 50% non-refundable deposit of **$8,100.00** is required upon receipt of this invoice, to insure availability of display dates mentioned herein. The remaining balance of **$8,100.00** is to be divided into six payments, ($1,350.00 per payment); and each $1,350.00 payment is due at the end of each 30 day Advertising Month, as stated above.

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

7

**Media Event, Inc.**
***Joseph Vono***
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

October 19, 2004

Rick Simone
Renaissance Restaurant & Catering
242 Atwells Avenue
Providence, RI. 02903

**INVOICE**

Re: Renaissance Billboard; Rt 95N, Providence, RI.

| | |
|---|---|
| Display Dates: | October 2, thru October 20, 2004; and November 22, thru December 1, 2004. |
| Number of Ad Days: | 29 days at $60.00 Per Day ($1740.00) |
| Vinyl Print Cost: | $350.00 |
| Total Due: | **$2,090.00** |

Please make check payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**
Thank You!

Sincerely,
MEDIA EVENT

A. Joseph Vono

**Media Event, Inc.**
115 Parkhurst Road, Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

Date: February 15, 2005

Ken Cavanagh
Strategic Point
220 W. Exchange Street
Suite 300
Providence, RI. 02903

## INVOICE

*Sign display dates*: **January 1, 2005 thru March 1, 2005.**

***60*** *Day Advertising Cost:* **$2,700.**

*Printed vinyl cost*: **No Charge**

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

**Media Event, Inc.**
101 Poe Street, Rhode Island 02905
Phone/Fax: 401-738-7446

Date: May 15, 2005

Laura Bard
Strategic Point
220 W. Exchange Street
Suite 300
Providence, RI. 02903

**INVOICE**

*Sign display dates*: **April, 2005 thru end of May, 2005.**

***60** Day Advertising Cost:* **$2,700.**

*New Printed vinyl cost*: **No Charge**

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

**Media Event, Inc.**
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

June 25, 2005

Arleen DiCicco
Casey Family Services
1268 Eddy Street
Providence, Rhode Island 02905

## INVOICE

Sign display dates: June 1, thru June 30, 2005

Number of advertising days: **30.**

Printed vinyl cost: **None.**

**Total due: $ 1800.00**

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

11

**Media Event, Inc.**
115 Parkhurst Road
Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

December 30, 2005

Arleen DiCicco
Casey Family Services
1268 Eddy Street
Providence, Rhode Island 02905

# INVOICE

Promotional Services for **November**, 2005. Cost: $900.00

Promotional Services for **December**, 2005. Cost: $1,800.00

**Total due: $ 2,700.00**

Please make check(s) payable to: **HAUN PROPERTIES, LLC.,**
**185 Sherburne Street, Providence, Rhode Island, 02905.**

Happy Holiday's and
Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties