Specialty Promotions
101 Poe Street
Providence, Rhode Island, 02905
401-738-7446

# AGREEMENT

AGREEMENT made and entered into by SPECIALTY PROMOTIONS a.k.a. HAUN PROPERTIES, LLC, and Dave Maiorana. (The Cabinet Works, Inc.), hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing T-shirts, Hats and Pens, etc. And whereas, it is the business policy of Specialty Promotions to display its Most Recent Product Design on Specialty Promotions roof top sign, for the sole purpose of self promotion.

WHEREAS, the Customer designs and installs Kitchen and Bath Cabinetry.

NOW, THEREFORE, the parties agree as follows:

1. Specialty Promotions agrees to design a custom logo for the Customer, consistent with prior promotional art work supplied by the Customer.

2. The Customer agrees to purchase T-shirts from Specialty Promotions. The quanity of said T-shirts is to be determined, invoiced and shipped at a future date.

3. The Customer agrees with Specialty Promotions policy of displaying the Customers logo design on the roof top sign mentioned herein, beginning February 1, thru March 2, 2006

4. The customer agrees to pay $1,062 dollars to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905, prior to said February date, and an additional $1,062 dollars to THE SAME, prior to March 2, 2006.

The parties hereto have executed this Agreement on __________________2006.

SPECIALTY PROMOTIONS________________________________

THE CABINET WORKS, INC.________________________________

cc. Haun Properties, LLC.

DEFENDANT'S EXHIBIT
C

13

Specialty Promotions
101 Poe Street
Providence, Rhode Island, 02905
401-738-7446

# T-shirt Agreement

AGREEMENT made and entered into by SPECIALTY PROMOTIONS a.k.a. HAUN PROPERTIES, LLC, and Dave Maiorana, (The Cabinet Works, Inc.), hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing T-shirts, Hats , etc.

WHEREAS, the Customer designs and installs Kitchen and Bath Cabinetry.

NOW, THEREFORE, the parties agree as follows:

1. Specialty Promotions agrees to design a custom logo for the Customer, consistent with prior promotional art work supplied by the Customer.

2. The Customer agrees to purchase 200 T-shirts from Specialty Promotions. The Customer is ordering 100 large T-shirts and 100 extra large T-shirts. The T-shirts will be White and have a large logo printed on the back and a smaller left front logo printed on the front.The print color is to be Red PMS # 186.

3. The customer agrees to pay $6.82 per T-shirt and $125.00 dollars for printing screens, inks, etc.The total cost to the Customer is **$1489.00 dollars.**

4. The Customer agrees to pay $744.50, (half the cost of the T-shirts), on March 4, 2006. And to pay the balance of $744.50 no later than March 14, 2006.

5. Specialty Promotions agrees to deliver the printed T-shirts mentioned herein to The Cabinet Works, Inc. not later than March 15, 2006.

6. All payments are to be made payable to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905

The parties hereto have executed this Agreement on ________________2006.

SPECIALTY PROMOTIONS______________________________

THE CABINET WORKS, INC.______________________________

cc. Haun Properties, LLC.

14

**Media Event, Inc.**
**A. Joseph Vono**
115 Parkhurst Road, Warwick, Rhode Island 02889
Phone/Fax: 401-738-7446

Kathy Harrington
St. Michael's Church
239 Oxford Street
Providence, RI. 02905

Date: March 17, 2006

## INVOICE

*Sign display dates*: **March 3,** thru **March 17, 2006.**

***15*** *Day Advertising Cost:* **$900.00** ($60.00 per day)

*Printed vinyl cost*: **No Charge**

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

15

**Media Event, Inc.**
101 Poe Street
Providence, Rhode Island 02905
Phone/Fax: 401-738-7446

Arleen DiCicco
Casey Family Services
1268 Eddy Street
Providence, Rhode Island 02905

Date: May 8, 2006

# INVOICE

Promotional Services for **April, 2006**

**Total due: $1500.00**

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

16

**Media Event, Inc.**
101 Poe Street
Providence, Rhode Island 02905
Phone/Fax: 401-738-7446

Arleen DiCicco
Casey Family Services
1268 Eddy Street
Providence, Rhode Island 02905

Date: June 6, 2006

# INVOICE

Promotional Services for **May, 2006**

**Total due: $1500.00**

Please make check(s) payable to: **HAUN PROPERTIES, LLC., 185 Sherburne Street, Providence, Rhode Island, 02905.**

Thank You for Your Business!

Sincerely,
MEDIA EVENT

A. Joseph Vono

cc: Haun Properties

17

Specialty Promotions
101 Poe Street
Providence, Rhode Island, 02905
401-738-7446

# AGREEMENT

AGREEMENT made and entered into by SPECIALTY PROMOTIONS, a.k.a. HAUN PROPERTIES, LLC, and TOWER CONSTRUCTION, hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing T-shirts, Caps, Pens and other promotional items. And whereas, it is the policy of Specialty Promotions to display the Customers design logo, slogan, graphic image(s), etc., on Specialty Promotions roof top sign, located at 101 Poe Street, Providence, Rhode Island. At no time is Specialty Promotions in the business of outdoor advertising.

WHEREAS, the Customer is in the construction business.

NOW, THEREFORE, the parties agree as follows:

1. Specialty Promotions agrees to design a custom logo for the Customer, consistent with promotional artwork supplied by the Customer.

2. The Customer acknowledges Specialty Promotions policy of displaying the Customers logo design on the roof top sign mentioned herein without restriction.

3. The Customer has the option of purchasing various quantities of T-shirts and or other promotional items from Specialty Promotions at any time.

4. The Customer agrees to pay **$ 2,425.00 dollars** to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905, upon scheduling time with Specialty Promotions for advertising services, and pay the balance of **$ 2,425.00 dollars** upon the commencement date agreed to by the parties.

5. Months of service: June, July and August of 2006.

The parties hereto have executed this Agreement on ________________2006.

SPECIALTY PROMOTIONS______________________________

TOWER CONSTRUCTION ______________________________

Cc. Haun Properties, LLC.

18

Specialty Promotions
101 Poe Street
Providence, Rhode Island, 02905
401-738-7446

# AGREEMENT

AGREEMENT made and entered into by SPECIALTY PROMOTIONS a.k.a. HAUN PROPERTIES, LLC, and Angelo Aiello (AA Isulation), hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing T-shirts, Hats and Pens, etc. And whereas, it is the business policy of Specialty Promotions to self-promote the company by displaying its "Most Recent Product Design" on their company roof top sign.

WHEREAS, the Customer is a Professional installer of Class 1 Cellulose and Fiberglass Batting for Old Houses.

NOW, THEREFORE, the parties agree as follows:

1. Specialty Promotions agrees to design a custom logo for the Customer, consistent with prior promotional art work supplied by the Customer.

2. The Customer may purchase specialty items mentioned herein at any time.

3. The Customer agrees with Specialty Promotions policy of displaying the Customers logo design on the roof top sign mentioned herein, beginning September 7, thru September 30, 2006 ( 24 days ).

4. The customer agrees to pay $1,000 dollars to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905, prior to said September date, and an additional $699.92 dollars to the same, prior to September 30, 2006.

The parties hereto have executed this Agreement on ________________2006.

SPECIALTY PROMOTIONS_______________________________

AA INSULATION, INC._________________________________

cc. Haun Properties, LLC.

19

Specialty Promotions
101 Poe Street
Providence, Rhode Island, 02905
401-738-7446

# AGREEMENT

AGREEMENT made and entered into by SPECIALTY PROMOTIONS, a.k.a. HAUN PROPERTIES, LLC, and JULIE FINN, hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing T-shirts, Caps, Pens and other promotional items. Please note that Specialty promotions is not in the business of outdoor advertising and does not profit or sell advertising space or rent time on Specialty Promotions roof top sign located at 101 Poe Street, Providence, RI. However, it is the policy of Specialty Promotions to display the Customers logo, slogan, graphic image(s), etc., on the roof top sign mentioned herein, for the sole purpose of self-promoting the business of Specialty Promotions.

WHEREAS, the Customer is in the Political Campaign business.

NOW, THEREFORE, the parties agree as follows:

1. Specialty Promotions agrees to design a custom logo for the Customer, consistent with promotional artwork supplied by the Customer.

2. The Customer acknowledges Specialty Promotions policy of displaying the Customers logo design on the roof top sign mentioned herein without restriction.

3. The Customer has the option of purchasing various quantities of T-shirts and or other promotional items from Specialty Promotions at any time.

4. The Customer agrees to pay **$ 1,075.00** dollars to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905, upon reserving time with Specialty Promotions for advertising services, and pay the balance of **$ 1,650.00** dollars upon the commencement date agreed to by the parties for said services.

5. Date(s) of service: **October 1 thru November 9, 2006.**

The Parties hereto have executed this Agreement on ____________2006.

SPECIALTY PROMOTIONS________________________________

JULIE FINN________________________________

cc. Haun Properties, LLC.

20

Specialty Promotions
101 Poe Street. Providence, Rhode Island, 02905
401-738-7446

# AGREEMENT

AGREEMENT made and entered into by SPECIALTY PROMOTIONS a.k.a. HAUN PROPERTIES, LLC, and *The Federal Hill Commerce Association*, hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing message logos, which include T-shirts, Hats and Pens, etc. And whereas, it is the business policy of Specialty Promotions to display its "Most Recent Product Design" on their company roof top sign.

WHEREAS, the Customer is engaged in the business of promoting Federal Hill as a destination.

NOW, THEREFORE, the parties agree as follows:

1. Specialty Promotions agrees to create a message logo for the Customer, consistent with prior promotional artwork supplied by the Customer.

2. The Customer may purchase specialty items mentioned herein, with the Customers current message logo printed on said items, at any time.

3. The Customer agrees with Specialty Promotions policy of displaying the Customers message logo design on the roof top sign mentioned herein, beginning **December 1, 2006**, thru **December 30, 2006**.

4. The customer agrees to pay **$2,950.00** dollars to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905, prior to said mentioned dates.

**The parties hereto have executed this Agreement on ____________2006.**

SPECIALTY PROMOTIONS______________________________

CUSTOMER______________________________

cc. Haun Properties, LLC.

21

Specialty Promotions
101 Poe Street
Providence, Rhode Island, 02905
401-738-7446

# Baseball shirt Agreement

AGREEMENT made and entered into by SPECIALTY PROMOTIONS a.k.a. HAUN PROPERTIES, LLC, and Dave Maiorana, (The Cabinet Works, Inc.), hereinafter the CUSTOMER.

WHEREAS, Specialty Promotions is in the business of designing and printing T-shirts, Hats , etc.

WHEREAS, the Customer designs and installs Kitchen and Bath Cabinetry.

NOW, THEREFORE, the parties agree as follows:

The Customer agrees to purchase 20-baseball teamwear shirts from Specialty Promotions. The Customer is ordering various size shirts. (See attached size sheet). The shirts will be White and have a large Cabinet Works logo printed on the back and a 4 inch number printed on the left front of the shirt.The print color is to be Red PMS # 186.

The customer agrees to pay **$481.00 dollars,** which represents the total cost to the customer for the 20 printed shirts mentioned above.

Specialty Promotions agrees to deliver the printed shirts mentioned herein to The Cabinet Works, Inc. in a timely manner.

All payments are to be made payable to HAUN PROPERTIES, LLC, 185 SHERBURNE STREET, PROVIDENCE, RHODE ISLAND, 02905

The parties hereto have executed this Agreement on ________________2006.

SPECIALTY PROMOTIONS______________________________

THE CABINET WORKS, INC.______________________________

cc. Haun Properties, LLC.