FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,<br>d/b/a SPECIALTY PROMOTIONS,<br>Plaintiff** | **}<br><br>}** | |
| **v.** | **}** | **C.A. NO. 05-485S** |
| **JEROME F. WILLIAMS,<br>individually and in his official<br>capacity as Director, State of Rhode<br>Island Department of Transportation<br>Defendant** | **}<br><br><br>}<br>}** | |

**PLAINTIFF'S MOTION**
**TO EXTEND**
**BRIEFING SCHEDULE**

Plaintiff requests an extension to August 28, 2007, on the due date for cross-motions and memoranda for summary judgment for the following reasons:

1. Plaintiff is still optimistic that a single stipulation of facts and documents can be achieved, simplifying the "record" for the parties and the Court.
2. Plaintiff's memorandum is not complete, and counsel is hoping to take the week of August 13 as a family vacation.
3. Counsel for defendant has indicated they do not object to an extension (but no particular date was specified).
4. Counsel for plaintiff should not have access to the defendant's memorandum prior to simultaneous filings.

**Wherefore**, plaintiff requests that cross-motions for summary judgment, and memoranda, may be filed on August 28, 2007.

Respectfully submitted
Plaintiff, A. Joseph Vono
By his Attorney

/s/John W. Dineen_____
John W. Dineen #2346
305 South Main Street
Providence, RI 02903
Tel. 401-223-2397
Fax 401-223-2399

**Certificate of Service**

I hereby certify that on August 3, 2007, I forwarded the above document by electronic mail to: **Rebecca T. Partington, Esq., rpartington@riag.ri.gov , and Michael Field, Esq., mfield@riag.ri.gov , Department of the Attorney General,** and also sent by U.S. mail on the same day to**; John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908.**

/s/ John W. Dineen_____

John W. Dineen