**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | **:** | |
| **d/b/a Specialty Promotions,** | **:** | |
| **Plaintiff** | **:** | |
| | **:** | |
| **VS.** | **:** | **C A. No. 05-485 S** |
| | **:** | |
| **James R. Capaldi, Individually and in** | **:** | |
| **his official capacity as Director,** | **:** | |
| **State of Rhode Island Department of** | **:** | |
| **Transportation,** | **:** | |
| **Defendant** | **:** | |

**MOTION FOR EXTENSION OF TIME**

Now comes the Defendant and moves this Court for an Order allowing the Defendant up to and including September 13, 2007, within which to respond to Plaintiff's Cross-Motion/Objection to Summary Judgment.

As the basis for this Motion, Defendant has already filed their Motion for Summary Judgment and per Order of the Court, both the Plaintiff's Cross Motion/Objection to Summary Judgment and the Defendant's Reply to Plaintiff's Cross Motion/Objection are due on August 28, 2007. In a recent filing (Docket Entry # 37), the Defendant had no objection to Plaintiff's Motion to Extend the Deadlines in this case to August 28, 2007, provided that the Defendant had until September 13, 2007 to respond to Plaintiff's Cross Motion/Objection. Although this Honorable Court granted the Plaintiff's motion to extend the time period for motions to be filed until August 28, 2007, this Honorable Court has not acted upon the Defendant's request to move its deadline to September 13, 2007 – thus creating the situation where the Defendant's Response to Plaintiff's Cross Motion for Summary Judgment is due on the same day that Plaintiff files his Cross Motion for Summary Judgment – August 28, 2007.

Accordingly, Defendant prays that the deadline for it to respond to Plaintiff's Cross Motion for Summary Judgment be extended from August 28, 2007 to September 13, 2007.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Michael W. Field*

______________________________

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Motion to be electronically sent on this 27th day of August, 2007:

John W. Dineen, Esq.
jwdineen1@yahoo.com

*/s/ Michael W. Field*

______________________________