FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,**<br>**d/b/a SPECIALTY PROMOTIONS,**<br>**Plaintiff** | **}**<br><br>**}** | |
| **v.** | **}** | **C.A. NO. 05-485S** |
| **JEROME F. WILLIAMS,**<br>**individually and in his official**<br>**capacity as Director, State of Rhode**<br>**Island Department of Transportation**<br>**Defendant** | **}**<br><br><br>**}**<br>**}** | |

**PLAINTIFF'S RESPONSE**
**TO DEFENDANT'S**
**SCHEDULING REQUEST**

Plaintiff has no objection to Defendant's scheduling request filed on August 17, 2007. In fact, Plaintiff suggests and requests the following dates:

September 17, 2007, for Defendants

August 31, 2007, for Plaintiff

Plaintiff has not yet completed his brief but will have it complete for filing in three days.

Respectfully submitted
Plaintiff, A. Joseph Vono
By his Attorney

/s/John W. Dineen_____
John W. Dineen #2346
305 South Main Street
Providence, RI 02903
Tel. 401-223-2397
Fax 401-223-2399

**Certificate of Service**

I hereby certify that on August 28, 2007, I forwarded the above document by electronic mail to: **Rebecca T. Partington, Esq., rpartington@riag.ri.gov , and Michael Field, Esq., mfield@riag.ri.gov , Department of the Attorney General,** and also sent by U.S. mail on the same day to**; John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908.**

/s/ John W. Dineen_____

John W. Dineen