FAX 331-9267

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,**<br>**d/b/a SPECIALTY PROMOTIONS,**<br>**Plaintiff** | } <br><br>} | |
| **v.** | } | **C.A. NO. 05-485 S** |
| **JAMES R. CAPALDI,**<br>**individually and in his official**<br>**capacity as Director, State of Rhode**<br>**Island Department of Transportation,**<br>**Defendant** | }<br><br><br>}<br>} | |

**PLAINTIFF'S MOTION**
**FOR SUMMARY JUDGEMENT**

Plaintiff moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The parties have agreed on the material facts and documents, and the dispute is purely a question, or questions, of law.

Plaintiff has previously filed his "Stipulation of Facts and Documents" (July 13, 2007), but is refiling it as his "Statement of Undisputed Facts," as well as hand-delivering copies with the attachments, to the Court and to counsel for defendant.

**Wherefore**, plaintiff moves for the entry of summary judgment in his favor on the constitutional claims set forth in paragraphs 30 through 44.4 of the Amended and Supplemental Complaint.

Respectfully submitted,
Plaintiff
Anthony Joseph Vono
By his Attorney:

/s/ John W. Dineen________
John W. Dineen, Esq. #2346
Cooperating Attorney
R.I. Affiliate, American
Civil Liberties Union
305 South Main Street
Providence, RI 02903
Tel. (401)223-2397
Fax (401)223-2399

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2007, I forwarded the above document by electronic mail to: **Rebecca T. Partington, Esq., rpartington@riag.ri.gov , and Michael Field, Esq., mfield@riag.ri.gov , Department of the Attorney General,** and also sent by U.S. mail on the same day to**; John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908.**

/s/ John W. Dineen_____
John W. Dineen