**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **VS.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

## MOTION FOR EXTENSION OF TIME

Now comes the Defendant and moves this Court for an Order allowing the Defendant up to and including September 26, 2007, within which to respond to Plaintiff's Motion for Summary Judgment. Defendant states that Plaintiff's attorney has no objection to this continuance.

Accordingly, Defendant prays that the deadline for it to respond to Plaintiff's Motion for Summary Judgment be extended to September 26, 2007.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL

By his attorney,

*/s/ Rebeccca Tedford Partington*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a copy of the within Motion to be electronically sent on this 17th day of September 2007.

John W. Dineen, Esq.
jwdineen1@yahoo.com

*/s/ Rebecca Tedford Partington*