FAX 223-2399

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,**<br>**d/b/a SPECIALTY PROMOTIONS,**<br>**Plaintiff** | }<br><br>} | |
| **v.** | } | **C.A. NO. 05-485S** |
| **JEROME F. WILLIAMS,**<br>**individually and in his official**<br>**capacity as Director, State of Rhode**<br>**Island Department of Transportation**<br>**Defendant** | }<br><br><br>}<br>} | |

**PLAINTIFF'S OBJECTION**
**TO DEFENDANT'S MOTION**
**FOR SUMMARY JUDGMENT**

Plaintiff objects to the October 25 motion for summary judgment filed by defendant for the reasons already set forth in his Memorandum, his statement of undisputed facts, and his argument before this Court.

The Court indicated at hearing that no new memorandum should be filed.

**Wherefore**, plaintiff requests that the defendant's motion for summary judgment be denied and the plaintiff's motion for summary judgment be granted.

Respectfully submitted
Plaintiff
By his Attorney

/s/ John W. Dineen
John W. Dineen #2346
305 South Main Street
Providence, RI 02903
Tel. 401-223-2397
Fax 401-223-2399

**Certificate of Service**

I hereby certify that on the __________ day of November, 2007, I forwarded the above document by electronic mail to: **Rebecca T. Partington, Esq., rpartington@riag.ri.gov .**

**/s/ John W. Dineen**
John W. Dineen