FAX 331-9267

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ANTHONY JOSEPH VONO,**<br>**d/b/a SPECIALTY PROMOTIONS,**<br>**Plaintiff** | } | |
| **v.** | } | **C.A. NO. 05-485 S** |
| **JEROME F. WILLIAMS,**<br>**individually and in his official capacity as Director, State of Rhode Island Department of Transportation**<br>**Defendant** | } | |

**PLAINTIFF'S MOTION TO**
**ALLOW LIMITED MEMORANDA ON THE IMPACT**
**OF FIRST CIRCUIT DECISION OF JANUARY 18, 2008**

Plaintiff requests that the Court allow both parties to submit memoranda by February 4, 2008 (or such other date as the Court may direct) limited to a discussion of the impact on this case of the First Circuit Court of Appeals' decision in Naser Jewelers, Inc. v. City of Concord, New Hampshire, No. 07-2098, issued January 18, 2008. The Naser case involves a regulation of electronic billboards and a challenge under the First Amendment.

Plaintiff suggests that the decision is of importance in relation to the pending cross-motions for summary judgment and that the parties would be able to address it in memoranda of perhaps no more than five or six pages.

**Wherefore**, plaintiff requests that the Court permit the limited requested supplemental briefing in this matter.

Respectfully submitted,
Plaintiff
Anthony Joseph Vono
By his Attorney:

__/s/ John W. Dineen__
John W. Dineen, Esq. #2346
305 South Main Street
Providence, RI 02903
Tel. (401)223-2397
Fax (401)223-2399

## CERTIFICATION

I hereby certify that on the 21st day of January, 2008, I mailed a copy of the within to: **Rebecca T. Partington, Department of the Attorney General, 150 South Main Street, Providence, RI 02903; John Igliozzi, Esq., R.I. Department of Transportation, Two Capitol Hill, Providence, RI 02908,** and to: **Michael W. Field, Esq., Special Assistant Attorney General, 150 South Main Street, Providence, RI 02903, and I e-mailed copies to Ms. Pasrtington and Mr. Field at their electronic addresses of record.**

**_/s/ John W. Dineen_______**
John W. Dineen