**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **Anthony Joseph Vono** | : | |
| **d/b/a Specialty Promotions,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C A. No. 05-485 S** |
| | : | |
| **James R. Capaldi, Individually and in** | : | |
| **his official capacity as Director,** | : | |
| **State of Rhode Island Department of** | : | |
| **Transportation,** | : | |
| **Defendant** | : | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ALLOW LIMITED MEMORANDA ON THE IMPACT OF FIRST CIRCUIT DECISION OF JANUARY 18, 2008**

Now comes the Defendant and hereby responds to Plaintiff's Motion to Allow Limited Memoranda on the Impact of First Circuit Decision of January 18, 2008 and states that Defendant has no objection to this motion but requests ten (10) days from the filing of Defendant's Memorandum to respond.

Respectfully submitted,

PATRICK C. LYNCH
ATTORNEY GENERAL
By his attorney,

*/s/ Rebecca Tedford Partington*
*/s/ Michael W. Field*

Rebecca Tedford Partington (#3890)
Assistant Attorney General
Michael W. Field (#5809)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400, Extension 2303
rpartington@riag.ri.gov
mfield@riag.ri.gov

CERTIFICATION

I, the undersigned, hereby certify that I caused a copy of the within Response to be filed with the United States District Court ECF system and that it is available for viewing and downloading. In addition a copy has been electronically sent via the ECF system on this 22nd day of January, 2008 to:

John W. Dineen, Esq.
jwdineen1@yahoo.com

*/s/ Rebecca Tedford Partington*